IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-CV-889-MOC-DCK

| | |
|---|---|
| ZOEY PAINT CORP. and 5 SEASON LSB CORP., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL CREDIT GROUP INC., <br><br> Defendant / Counterclaimant, <br><br> v. <br><br> ZOEY PAINT CORP., 5 SEASON LSB CORP., JIEUN KIM and ALEX LIM, <br><br> Counterclaim Defendants, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on Defendant Commercial Credit Group Inc.'s "Unopposed Motion To Join Additional Counterclaim Defendants" (Document No. 15) filed December 6, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant Commercial Credit Group Inc.'s "Unopposed Motion To Join Additional Counterclaim Defendants" (Document No. 15) is **GRANTED**.

**SO ORDERED**.

Signed: December 6, 2024

David C. Keesler
United States Magistrate Judge