# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| ZOEY PAINT CORP. and 5 SEASON LSB CORP., <br><br> Plaintiffs, <br><br> v. <br><br> COMMERCIAL CREDIT GROUP INC., <br><br> Defendant / Counterclaimant, <br><br> v. <br><br> ZOEY PAINT CORP., 5 SEASON LSB CORP., JIEUN KIM and ALEX LIM, <br><br> Counterclaim Defendants. | **MOTION TO WITHDRAW AS COUNSEL OF RECORD** <br><br> Case No.: 3:24-CV-889-MOC-DCK |

**COMES NOW** Meagan L. Allen, of the law firm of Wagner Hicks PLLC, and hereby moves this Court for leave to withdraw as counsel of record for Plaintiffs Zoey Paint Corp. and 5 Season LSB Corp. and Counterclaim Defendants Zoey Paint Corp., 5 Season LSB Corp., Jieun Kim, and Alex Lim, pursuant to LCvR 83.1(f) of the Local Rules of the United States District Court for the Western District of North Carolina. Ms. Allen is leaving her association with the firm of Wagner Hicks PLLC to join another law firm. Plaintiffs and Counterclaim Defendants will continue to be represented by Sean C. Wagner and Jonathon D. Townsend, also of Wagner Hicks PLLC, both of whom have already entered Notices of Appearance in this case. (ECF Nos. 6, 29).

The undersigned further states that withdrawal will not have any material adverse effects on the interests of Plaintiffs or Counterclaim Defendants, and there will be no interruption in representation nor any delay as to scheduling, hearing, or trial on the merits of this matter.

This the 17th day of July, 2025.

**WAGNER HICKS PLLC**

<u>/s/ *Meagan L. Allen*</u>
Sean C. Wagner (N.C. State Bar No. 50233)
Jonathon D. Towsend (N.C. State Bar No. 51751)
Meagan L. Allen (N.C. State Bar No. 54317)
831 E. Morehead Street, Suite 860
Charlotte, North Carolina 28202
Telephone: (704) 705-7358
sean.wagner@wagnerhicks.law
jonathon.townsend@wagnerhicks.law
meagan.allen@wagnerhicks.law

*Attorneys for Plaintiffs Zoey Paint Corp.*
*and 5 Season LSB Corp., and Counterclaim*
*Defendants Jieun Kim and Alex Lim*

# CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of filing to all parties receiving electronic service including the following:

>William L. Esser IV (N.C. State Bar No. 29201)
>Phillip M. Fajgenbaum (N.C. State Bar No. 52128)
>PARKER POE ADAMS & BERNSTEIN LLP
>620 South Tryon Street, Suite 800
>Charlotte, NC 28202
>Telephone: (704) 372-9000
>willesser@parkerpoe.com
>phillipfajgenbaum@parkerpoe.com
>
>*Attorneys for DEFENDANT/COUNTERCLAIMANT COMMERCIAL CREDIT GROUP INC.*

This the 17th day of July, 2025.

>**WAGNER HICKS PLLC**
>
>/s/ *Meagan L. Allen*
>Meagan L. Allen (N.C. State Bar No. 54317)